# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Vertiv Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SVO Building One, LLC,<br><br>      Defendant. | Civil Action No. 1:18-CV-01776-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF
## ROBERT H. SLOSS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert H. Sloss to represent Vertiv Corporation in this matter.

Date:  December 13, 2018         */s/ Gerard M. O'Rourke*
                                              Gerard M. O'Rourke, (#3265)
                                              O'Rourke Law Office, LLC
                                              1201 N. Orange Street, Suite 7260
                                              Wilmington, DE 19801-1180
                                              Tel. (302) 562-6960
                                              gorourke@orourkefirm.com

                                              *Attorneys for Vertiv Corporation*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Date: _____                     _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Dec. 12, 2018

Robert H. Sloss
Procopio, Cory, Hargreaves
 & Savitch LLP
1117 S California Ave., Suite 200
Palo Alto, CA 94304
robert.sloss@procopio.com
(650) 645-9000